UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHNNY AMON CLIFFT, JR.,

    Plaintiff,

Case No. 2:25-cv-345-JES-KCD

v.

SCHOOL DISTRICT OF LEE COUNTY,

    Defendant,
_____/

## ORDER

In this employment case, *pro se* Plaintiff Johnny Amon Clifft, Jr. sues the School District of Lee County for discrimination. (Doc. 1.)[1] Now pending is Plaintiff's motion for leave to access the Court's electronic filing system. (Doc. 4.)

The motion is **DENIED**. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown (or even argued) here. To the extent Plaintiff believes

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

electronic filing will help him access documents in the case, he can already submit materials electronically through the Web Portal on the Court's website: https://www.flmd. uscourts.gov/electronic-document-submission-web-portal.

**ORDERED** in Fort Myers, Florida on May 15, 2025.

Kyle C. Dudek
United States Magistrate Judge