UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHNNY AMON CLIFFT, JR. and
CINDY PADON MERCADO,
    Plaintiffs,

v.                                    2:25-cv-345-JES-NPM

SCHOOL DISTRICT OF LEE COUNTY,
ROBERT DODIG, FERNANDO VAZQUEZ,
and BARBARA SHAFER,
    Defendants.

---

### ORDER

In this employment discrimination action, Defendants filed a motion to overrule Plaintiffs' objections to Defendants' subpoenas (Doc. 105) and a motion to compel Clifft's authorization to obtain his medical records from the United States Department of Veterans Affairs. (Doc. 106). Plaintiffs oppose the motions.

It appears the parties are inappropriately taking up state court practices. In federal court, "[i]f the subpoena commands the production of documents, [or] electronically stored information … then before it is served on the person to whom it is directed, [only] a ***notice and a copy of the subpoena*** must be ***served*** on each party." Fed. R. Civ P. 45(a)(4)(emphasis added). If the party that receives notice objects to the subpoena, it is up to that party to seek protection. *See generally*, *Nw. Mut. Life Ins. Co. v. Brockman*, No. 2:24-cv-186-KCD, 2024 WL 4349101 (M.D.

Fla. Sep. 30, 2024). But that is not what happened here. And without such a motion, a party's objections do not forestall service of subpoenas.

But if we were to take up Defendants' motion to authorize the non-party subpoenas, we could not grant the motion in full because subpoenas cannot command the production of documents more than 100 miles from where the people or entities regularly transact business. *See* Fed. R. Civ. P. 45(c)(2)(A). Indeed, all but two of Defendants' subpoenas appear to violate Rule 45. As far as commanding Clifft to execute a release of his Veterans Affairs records, a copy of the proposed release form has not been supplied to us. We also observe that any such records release would appear to be duplicative of the two subpoenas directed to the VA entities. If necessary and appropriate, Defendants may renew this request and supply the requested form.

Accordingly, Defendants' motion to overrule Plaintiffs' objections (Doc. 105) and motion to compel (Doc. 106) are **DENIED**.

**ORDERED** on May 7, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge

- 2 -